[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15095
Non-Argument Calendar
_____

D.C. Docket No. 5:15-cr-00007-MW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERMAINE WINTERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(November 17, 2016)

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Jermaine Winters, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Winters's convictions and total sentence are **AFFIRMED**.